

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00063-CV

Ivan **DE HOYOS**,
Appellant

v.

**RTS FINANCIAL**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVI000309D2
Honorable David E. Garcia, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios Justice
             Beth Watkins, Justice

Delivered and Filed: April 13, 2022

DISMISSED

By letter dated January 31, 2022, appellant was instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On March 14, 2022, this court ordered appellant to show cause in writing by March 29, 2022, that the filing fee had been paid. Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id.*

PER CURIAM